

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN, TEXAS 78711**

CRAWFORD C. MARTIN
ATTORNEY GENERAL

November 24, 1969

Honorable John Kinross-Wright　　　　Opinion No. M-514
Commissioner; Texas Department of
Mental Health & Mental Retardation　Re: Legality of payment of
Box S, Capitol Station　　　　　　　　　additional compensation
Austin, Texas　78711　　　　　　　　　　to physicians and dentists
　　　　　　　　　　　　　　　　　　　　　pursuant to Article II,
　　　　　　　　　　　　　　　　　　　　　Section 2, Subsection h,
　　　　　　　　　　　　　　　　　　　　　H.B. 2, Acts 61st Leais-
　　　　　　　　　　　　　　　　　　　　　lature, 2nd C.S., under the
Dear Dr. Kinross-Wright:　　　　　　　　stated circumstances.

　　　　By your recent letter to this office you have requested
an opinion as to the legality of the payment of the additional
compensation as provided for in Article II, Section 2, Subsection
h, Chapter 50, Acts 61st Legislature, 2nd C.S., 1969 (General
Appropriation Act for the biennium ending August 31, 1971), which
reads as follows:

　　　　"h.　EMPLOYMENT OF PHYSICIANS AND DENTISTS.
　　In order to acquire and retain the employment
　　of physicians and dentists, the Health Depart-
　　ment and Department of Mental Health and Mental
　　Retardation and institutions under their control
　　and management may, upon written authorization
　　of the Commissioners of the Departments, pay
　　from funds appropriated by this Act to the De-
　　partments and Institutions under their control
　　and management an amount not to exceed $3,000
　　per annum in addition to the salary rates
　　specified in this Act.　It is the intent of the
　　Legislature that this authorization be used to
　　prevent critical vacancies within the Depart-
　　ments and Institutions.　Copies of the Commis-
　　sioner's written authorization shall be filed
　　with the Comptroller prior to payment of this
　　additional compensation."　(Emphasis added.)

You have further informed this office that the required written authorizations called for in said subsection have been filed with the Comptroller's office.

It appears that the requirements set forth in the above subsection have been complied with by you and the language of the statute is plain; therefore we are of the opinion that the salary supplements provided for therein are legal. The statute authorizes the supplement to be paid to physicians and dentists in any position within the departments and institutions when the Department determines the supplement is paid to prevent a critical vacancy and to retain or acquire such employment.

### S U M M A R Y

Salary supplements to acquire and retain the employment of physicians and dentists by the Health Department and Department of Mental Health and Mental Retardation as authorized by Article II, Section 2, Subsection h, Chapter 50, Acts 61st Legislature, 2nd C.S., 1969 (Appropriations) are legal.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Gordon C. Cass
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Howard Fender
Marvin Sentell
James Quick
Jim Swearingen

MEADE F. GRIFFIN
Staff Legal Assistant

NOLA WHITE
First Assistant